**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv169**

| | |
|---|---|
| WILLIS FREEMAN, )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>LIEBERMAN, MICHAELS &KELLY, LLC, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the court on review for compliance with notices filed by the Clerk of this Court, as follows:

(1) Notice to Mark S. Aquino: Pursuant to Local Rule 83.1 you are required to Associate Local Counsel, Register for ECF at www.ncwd.uscourts.gov, and File a motion pro hac vice. Deadline by 6/1/2010. (tmg) (Entered: 05/19/2010);

(2) NOTICE pursuant to Local Rule 16.1 you are required to conduct an Initial Attorney's Conference. At the conference, the parties are required to discuss the issue of consent to jurisdiction of a magistrate judge in accordance with Local Rules 16.1(A) and 73.1(C). The Certificate of Initial Attorneys Conference should be filed within 7 days of the conference. If appropriate, a party may file a Motion to Stay the Initial Attorney's Conference. copy mailed to defense counsel (smj) (Entered: 06/29/2010); and

(3) Second Notice to Mark S. Aquino: Pursuant to Local Rule 83.1 you are required to Register for ECF at www.ncwd.uscourts.gov. Deadline by 7/12/2010. (com) (Entered: 07/01/2010).

Each notice is found in the court's docket and appears to have been communicated to the parties.

Of the tasks left undone, the one of most immediate concern is, however,

counsel for defendant's apparent failure to associate local counsel and move for admission *pro hac vice*. Review of the records of the North Carolina State reveals that Mr. Aquino is not a member of the North Carolina Bar, while review of the court's docket reveals that he has both entered an appearance in this court and filed an Answer without associating local counsel or seeking admission *pro hac vice*.

The court is confident that Mr. Aquino has simply overlooked this matter, will recognize the error, and take prompt action to remedy the problem in accordance with Local Civil Rule 83.1. The grace period in this Order is the final one and must be strictly followed.

## ORDER

**IT IS, THEREFORE, ORDERED** that Mr. Aquino associate local counsel and file a motion for *pro hac vice* admission as provided by Local Civil Rule 83.1 not later than **March 25, 2011.** By **April 1, 2011,** Mr. Aquino shall register for ECF, and by **April 8, 2011,** conduct the IAC and file the CIAC as instructed.

The Clerk of this Court is respectfully instructed to notify the undersigned if any of these final deadlines are missed.

Signed: March 16, 2011

Max O. Cogburn Jr.
United States District Judge