# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### 3:10cv169

| | | |
|---|---|---|
| WILLIS FREEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| LIEBERMAN, MICHAELS & KELLY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on review for compliance with the court's earlier Order concerning appearance of out-of-state counsel. On Thursday, March 23, 2011, counsel for defendant called chambers and left a message informing the court that the named defendant is no longer in existence, that there was no need for him to file an appearance on behalf of such defendant, and that his office would not take any further action. While Mr. Aquino has, in fact, made an appearance by filing an Answer on behalf of such defendant, the court will strike Mr. Aquino's appearance as well as the Answer he filed on behalf of defendant. In accordance with the Local Civil Rules of this court, Mr. Aquino shall not appear again in this district without making an appropriate motion for admission.

### ORDER

**IT IS, THEREFORE, ORDERED** that the appearance of Mr. Aquino and the Answer Mr. Aquino filed on behalf of defendant are respectfully **STRICKEN.**

Signed: March 28, 2011

Max O. Cogburn Jr.
United States District Judge